UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

       Plaintiff

Vs.

ERIC O. BUCKLEY,

       Defendant

Case Number: 07-11558
Honorable: George Caram Steeh
Claim Number: C-105025

_____

**ORDER PERMITTING SERVICE OF PROCESS BY SUBSTITUTED MEANS**
_____

The plaintiff has filed a petition for an order permitting substituted service of process and an affidavit by a process server reciting the unsuccessful attempts at service of the summons and compliant. The court finds that service of process cannot reasonably be made in a manner set forth under Michigan law, and that the substitute means requested reasonably are calculated to give the defendant actual notice of the proceedings and an opportunity to be heard. *See* Fed. R. Civ. P. 4(e)(1); Mich. Ct. R. 2.105(I)(1).

Accordingly, it is ORDERED that the plaintiff's petition for order permitting substitute service of process [dkt # 2] is GRANTED.

It is ORDERED that the plaintiff may serve the defendant, ERIC O. BUCKLEY with the summons and a copy of the complaint by:

(A) Posting a copy thereof, along with a copy of this petition and order for substituted service of process, at the defendant's residence at 15806 Harden Circle, Southfield, MI 48075.

(B) Mailing a copy of the same by certified mail (return receipt requested) to the defendant's residence noted above; and

(C) Mailing a copy of the same by first class mail to the defendant's residence noted above

The plaintiff shall file a certificate confirming service as provided herein.

IT IS SO ORDERED.

Dated: June 12, 2007

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 12, 2007, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---